BRETT L. TOLMAN, United States Attorney (#8821)
JOHN W. HUBER, Assistant United States Attorney (#7226)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Facsimile: (801) 524-6924

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

**SEALED**

| UNITED STATES OF AMERICA, | : | INDICTMENT |
|---|---|---|
| Plaintiff, | : | VIO: 18 U.S.C. § 43, Damage and Interference with Animal Enterprises |
| vs. | : | |
| WILLIAM JAMES VIEHL and ALEX JASON HALL, | : | |
| Defendant. | : | Case: 2:09-cr-00119<br>Assigned To : Benson, Dee<br>Assign. Date : 3/4/2009<br>Description: USA v. |

The Grand Jury charges:

COUNT I

On or about August 19, 2008, in the Central Division of the District of Utah,

**WILLIAM JAMES VIEHL and ALEX JASON HALL,**

the defendants herein, did use and cause to be used any facility in interstate and foreign commerce, for the purpose of damaging and interfering with the operations of the McMullin mink farm, an animal enterprise, and in connection with that purpose, did intentionally damage and cause the loss of real and personal property used by an animal enterprise, which

damage and loss exceeded $10,000.00, including animals and records, and aided and abetted therein; all in violation of Title 18, Section 43(a), Section 43(b)(2) and Section 2 of the United States Code.

## COUNT II

On or about October 19, 2008, in the Northern Division of the District of Utah,

**WILLIAM JAMES VIEHL and ALEX JASON HALL,**

the defendants herein, did attempt to use and cause to be used any facility in interstate and foreign commerce, for the purpose of damaging and interfering with the operations of the Mathews mink farm, an animal enterprise, and in connection with that purpose, did attempt to intentionally damage and cause the loss of real and personal property used by an animal enterprise, and aided and abetted therein; all in violation of Title 18, Section 43(a), Section 43(b)(1) and Section 2 of the United States Code.

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

BRETT L. TOLMAN
United States Attorney

_____
JOHN W. HUBER
Assistant United States Attorney

2